# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY WILLIAMS** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | |
| | : | **NO. 18-5418** |
| **v.** | : | |
| | : | |
| **MELISSA ARNETTE ELLIOTT** | : | |
| **A/K/A MISSY "MISDEMEANOR"** | : | |
| **ELLIOTT,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 28th day of January 2020, upon consideration of the *motion to dismiss the amended complaint* filed pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(2) and Rule 12(b)(6) by Defendants Atlantic Recording Corporation a/k/a Atlantic Records, Elektra Entertainment Group Inc. a/k/a Elektra Records, Warner Music Inc., Warner Music Group Corp., and Reservoir Media Management, Inc. (collectively, "Moving Defendants"), [ECF 49], the response in opposition filed by Plaintiff Terry Williams, [ECF 51], Moving Defendants' reply, [ECF 60], and the allegations contained in Plaintiff's amended complaint, [ECF 44], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's claims against Moving Defendants are **SEVERED** and **TRANSFERRED** to the United States District Court for the District of Delaware.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*