August 5, 2025
Terry Williams
Pro se Plaintiff
Delaware

The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9
Room 6325
Wilmington, DE 19801-3555

RE: Status Report - Williams Vs. Warner Et Al. (1:20-cv-00316-RGA)

Dear Honorable Richard G. Andrews,

This Status Report is being written pursuant to the Court's Order requiring 6-month status reports (ECF 102)

As of the date of this letter the claims in the District of Pennsylvania still have not been fully resolved against Melissa Elliott aka Missy Elliott as to the issue of whether or not Elliott and I jointly own the songs in my collection (18:cv:05418 ( My Lead Case) consolidated w/ 21:cv:02290 (Elliott's Case). This Court issued a Stay of Proceedings pending resolution of my claims against Elliott.

Since I last wrote to you, Elliott's Request for Alternative Resolution was Denied, a Settlement Conference was unsuccessful and Jury Trial documents were Submitted in June.

There is currently a Pending Motion for Default and Dismissal Discovery and Rule 11 Sanctions against Elliott as well as several Motions in Limine Pending between the Parties.

To date, Trial is still scheduled for August 25, 2025; But I have filed to Stay the Trial pending adjudication of the motions between the parties.

Please continue to Stay this case pending final resolution of the Pennsylvania action.

Humbly and Respectfully Submitted,
Terry Williams

*[signature]*

Cc: To Defendants' attorney listed on file via regular mail